# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MELVIN REDDING,**

    **Plaintiff,**

**vs.**                                    **Case No. 4:14cv208-WS/CAS**

**DR. DONALD SAWYER,**
**MRS. SNEADS, and**
**MR. MANNY FERNANDEZ,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed an amended civil rights complaint.  Doc. 5. This version of the complaint has been reviewed and Plaintiff has now eliminated the only Defendant who was located in the Northern District of Florida.  *Cf.* Doc. 1. Plaintiff's claims concern the sufficiency of medical care Plaintiff received at the Florida Civil Commitment Center and all Defendants are located either in Arcadia, Florida, or Boca Raton, Florida.  Doc. 5 at 2-9.

Because the Commitment Center is located in the Middle District of Florida, as are the majority of the Defendants and the Plaintiff, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Ft. Myers Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The Court may also raise the issue of defective venue *sua sponte*. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988) (stating "a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving the parties an opportunity to present their views on the issue.")

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Ft. Myers Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on July 1, 2014.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**